UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER EUGENE VARNUM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>P.D. BRAZELTON, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-8438 R(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.[1] The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

---

[1] This Court, in an exercise of its discretion, declines to consider new evidence and arguments presented for the first time in the Objections. See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

1  IT IS ORDERED that the Petition is denied and this action is dismissed with
2 prejudice.
3  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
4 Report and Recommendation, and the Judgment herein on petitioner and counsel
5 for respondent.
6  LET JUDGMENT BE ENTERED ACCORDINGLY.

8  DATED: _July 12, 2012

9  _____
10  HONORABLE MANUEL L. REAL
   UNITED STATES DISTRICT JUDGE