UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESTER EUGENE VARNUM, | ) | Case No. CV 11-8438 R(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| P.D. BRAZELTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _July 12, 2012

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE